## DOREEN M. SIMPSON *v.* BRUCE L. SIMPSON
### (AC 16722)

O'Connell, C. J., and Schaller and Spear, Js.

Submitted on briefs November 13—officially released December 9, 1997

Per Curiam. The judgment is affirmed.

## JEFFREY C. STANGER ET AL. *v.* MARION H. WOLF ET AL.
### (AC 17030)

Foti, Dupont and Daly, Js.

Submitted on briefs November 13—officially released December 9, 1997

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* RODNEY JACKSON
### (AC 15963)

Lavery, Schaller and Hennessy, Js.

Argued December 1—officially released December 23, 1997

Per Curiam. The judgment is affirmed.